Richard Kutchback, by Lyle Kutchback, his next friend, appellant, v. Oliver Miller, appellee. Gen. No. 8,715.

Opinion filed December 6, 1933. Rehearing denied February 6, 1934.

Reuben R. Tiffany and Albert H. Manus, for appellant. Heard & Heard and Burrell, James & Burrell, for appellee; Oscar E. Heard, Oscar E. Heard, Jr., Louis H. Burrell, Harold D. James and David M. Burrell, of counsel.

Mr. Justice Huffman delivered the opinion of the court.